IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ELZIE LEE HOWARD, JR., | No. CV. 09-1508-HZ |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Merrill Schneider
SCHNEIDER LAW OFFICES
PO Box 14490
Portland, OR 97293

    Attorney for Plaintiff

1 - ORDER

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204

Willy M. Le
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104

        Attorneys for Defendant

HERNANDEZ, District Judge:

    Magistrate Judge Paul Papak issued a Findings and Recommendation (doc. #19) on April 26, 2011, in which he recommends that the Commissioner's final decision in connection with Plaintiff's June 13, 2005, application for SSI benefits be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

/////

/////

/////

2 - ORDER

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings and Recommendation (doc. #19). Accordingly, the Commissioner's final decision in connection with Plaintiff's June 13, 2005, application for SSI benefits is affirmed.

IT IS SO ORDERED.

DATED this  3rd   day of  June , 2011.

                     /s/ Marco A. Hernandez
                     MARCO HERNANDEZ
                     United States District Judge